UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE M. STERN,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN M. ADLEY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 04 − 11322 − RCL<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPLICATION OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

On June 15, 2004, the plaintiff Lawrence M. Stern ("Stern") filed the Complaint in this proceeding against the defendant Brian M. Adley ("Adley") to enforce certain New York State judgments which Stern had against Adley. Three days later, on June 18, 2004, Adley filed a Chapter 7 voluntary bankruptcy petition with the United States Bankruptcy Court for the District of Massachusetts − *In re: Adley* / Chapter 7 Case No. 04-15133-JNF. Adley's petition remains pending in the bankruptcy court.

On or about June 18, 2004, counsel for Stern received actual notice of the filing of the bankruptcy petition. Adley had not been served with process under F.R.Civ.P. 4 and LR 4.1 within the three day period between the filing of the complaint in this court and the filing of his Chapter 7 bankruptcy petition. Pursuant to 11 U.S.C. § 362(a)(1), the filing of the bankruptcy petition stayed proceedings in this court "including the issuance

or employment of process." For this reason, no service has been made on the defendant Brian M. Adley.

                                      LAWRENCE M. STERN

                                      By his attorney,

                                      s/ Michael J. Liston

                                      _____
                                      Michael J. Liston BB0# 301760
                                      2 Park Plaza, Suite 610
                                      Boston, MA  02116
                                      (617) 426-2281

Dated: November 29, 2004