UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LAWRENCE M. STERN**

V.                                              CIVIL ACTION NO. **04-11322-RCL**

**BRIAN M. ADLEY**

<u>PROCEDURAL ORDER</u>

LINDSAY, D.J.

    In order to avoid the necessity for counsel to appear at periodic status conferences, the Court enters the following Administrative Order:

    The above-captioned case is dismissed without prejudice to either party moving to restore it to the docket, upon final determination of bankruptcy proceedings, by filing an appropriate motion.

By the Court,

/s/ Lisa M. Hourihan
_____
Deputy Clerk

December 8, 2004