UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE M. STERN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 04 − 11332 − RCL |
| BRIAN M. ADLEY, | ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO RESTORE CASE TO THE DOCKET

Plaintiff Lawrence M. Stern ("Stern"), by his undersigned counsel, hereby moves this Court to restore the above-captioned case to the docket. In support of this motion, Stern respectfully represents as follows:

1. On June 15, 2004, Stern filed the Complaint in this proceeding against the defendant Brian M. Adley ("Adley") to enforce certain New York State judgments which Stern had against Adley. Three days later, on June 18, 2004, Adley filed a Chapter 7 voluntary bankruptcy petition with the United States Bankruptcy Court for the District of Massachusetts, Eastern Division − *In re: Brian M. Adley* / Chapter 7 Case No. 04-15133-JNF.

2. On or about June 18, 2004, counsel for Stern received actual notice of Adley's filing of the bankruptcy petition. Adley had not been served with process under F.R.Civ.P. 4 and LR 4.1 within the three day period between the filing of the complaint in this court and the filing of his Chapter 7 bankruptcy petition. Pursuant to 11 U.S.C. § 362(a)(1), the filing

of the bankruptcy petition stayed proceedings in this court "including the issuance or employment of process."

3. On November 15, 2004, this court entered an Order that, pursuant to Rule 4(m), Fed.R.Civ.P. and Local Rule 4.1(b), the action would be dismissed without prejudice unless, within twenty days of the Order, a proof of service was filed "or good cause shown why service was not made."

4. On November 29, 2004, Stern filed a "Notice of Application of Automatic Stay Pursuant to 11 U.S.C. § 362" advising the court of Stern's bankruptcy petition. On December 8, 2004, the court entered a Procedural Order dismissing the case "without prejudice to either party moving to restore it to the docket, upon final determination of bankruptcy proceedings."

5. On June 1, 2006, while Adley's bankruptcy petition was pending and in connection therewith, Stern filed an adversary proceeding against Adley with the bankruptcy court, Adversary Proceeding 06-01276-JNF, seeking to deny Adley his discharge pursuant to 11 U.S.C. § 727. On August 3, 2007, the bankruptcy court entered a judgment against Adley in the adversary proceeding denying his discharge. A copy of the judgment is attached hereto as Exhibit A.

6. On August 16, 2007, the bankruptcy court gave Notice to the creditors in Adley's Chapter 7 bankruptcy proceeding – Case No. 04-15133 – that:

> By order entered on August 3, 2007 in Adversary Proceeding 06-1276, this Court has ordered and declared that the debts of the Debtor, Brian M. Adley shall not be discharged in the Debtor's bankruptcy case. Therefore, despite the Debtor's bankruptcy filing, creditors are now free to enforce, or to

resume enforcing, their claims against Debtor outside of this bankruptcy case.

A copy of the Notice of Denial of Discharge is attached hereto as Exhibit B.

7. Under 11 U.S.C. § 362(c)(2)(C), with exceptions not applicable here, the stay provisions of 11 U.S.C. § 362 do not continue in a Chapter 7 case concerning an individual once a discharge is denied. Adley's bankruptcy proceeding was a Chapter 7 proceeding. Accordingly, the automatic stay was lifted on or about August 3, 2007, when Adley's discharge was denied.

For the foregoing reasons, Stern moves that the case be restored to the docket so that Adley may be served with process and the case may proceed.

                                              LAWRENCE M. STERN

                                              By his attorney,

                                              s/ Michael J. Liston
                                              _____
                                              Michael J. Liston BBO# 301760
                                              2 Park Plaza, Suite 610
                                              Boston, MA  02116
                                              (617) 426-2281

Dated:  September 26, 2007