UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> BRIAN M. ADLEY, <br><br> Debtor | Chapter 7 <br><br> Case No. 04-15133-JNF |
| LAWRENCE STERN, <br><br> Plaintiff/Creditor <br> v. <br><br> BRIAN M. ADLEY, <br><br> Defendant/Debtor | Adversary Proceeding No. 06-01276 |

### JUDGMENT

For the reasons set forth in this Court's decision dated July 25, 2007, a judgment by default pursuant to Fed. R. Bankr. P. 7037(b)(2)(c) is hereby entered against the Defendant/Debtor Brian M. Adley (the "Debtor") in the above-referenced Adversary Proceeding, brought pursuant to the provisions of 11 U.S.C. § 727. The Debtor's discharge is hereby DENIED.

DATED: August 3, 2007               BY THE COURT,

                                    /s/ Joan N. Feeney
                                    _____
                                    THE HONORABLE JOAN N. FEENEY
                                    United States Bankruptcy Judge