⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED IN CLERKS OFFICE
2007 OCT 29 A 9: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

LAWRENCE M. STERN
V.
BRIAN M. ADLEY

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-11332-RCL

TO: (Name and address of Defendant)

BRIAN M. ADLEY
11 ROOSEVELT ROAD
LEXINGTON, MA 02421

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL J. LISTON, ESQ
2 PARK PLAZA, SUITE 610
BOSTON, MA 02116

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

≜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE OCTOBER 29, 2007 |
| NAME OF SERVER (PRINT) MICHAEL J. LISTON | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 7TH FLOOR U.S. COURTHOUSE BOSTON, MA 02210

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCTOBER 29, 2007      *Michael Liston* (Signature of Server)

2 PARK PLAZA, SUITE 610
BOSTON, MA. 02116
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.