UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 NOV 19 P 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

In re:                                }
                                       }   Case No. 04 – 11332 - RCL
LAWRENCE STERN,                        }
                                       }
        v.                             }
                                       }
BRIAN M. ADLEY,                        }
                                       }
                                       }

---

## MOTION TO DISMISS

The defendant hereby respectfully moves this Honorable Court to dismiss the complaint pursuant to Rule 4 (C) of the federal rules of civil procedure, insufficiency of Process and failure to properly serve the defendant.

## CONCLUSION

The Defendant respectfully requests that this Honorable Court dismiss the complaint for failure of proper service and lack of adhering to the rules of civil procedure.


Respectfully Submitted,

*[signature]*
Brian Adley, pro se,

Mailing address at
PO Box 308,
Or 11 Roosevelt Road
Lexington, MA 02420,
781 521-0252
16 November 2007

Certificate of Service.

I, Brian Adley do hereby swear that a copy of the foregoing was served upon Mike Liston, 2 Park plaza Suite 610, Boston MA 02116 via US Mail.