UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE M. STERN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 04 − 11332 − RCL |
| BRIAN M. ADLEY, | ) |
| Defendant. | ) |

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

Plaintiff Lawrence M. Stern ("Stern"), by his undersigned counsel, hereby opposes the Motion to Dismiss filed by defendant Brian M. Adley ("Adley"). In support of this opposition, Stern respectfully represents as follows:

1.   On November 19, 2007, the Adley filed a one page, two sentence, Motion to Dismiss the complaint "pursuant to Rule 4(C) (*sic*), insufficiency of Process and failure to properly serve the defendant." Adley filed no memorandum of law and no affidavits in support of this motion.

2.   On October 29, 2007 a return of service was filed with the court (the "Return of Service"). The Return of Service reflects that on October 29, 2007, Michael J. Liston, who is plaintiff's counsel, served Adley in hand

with a summons and a copy of the complaint on the 7th floor of the U.S. Courthouse in Boston, Massachusetts.  Further details of the service are set forth in the Affidavit of Michael J. Liston attached hereto as Exhibit A.

    3.    Rules 4(c) (1) and (2) of the Federal Rules of Civil Procedure provide that "the summons shall be served together with a copy of the complaint," and that "[s]ervice may be effected by any person who is not a party and who is at least 18 years of age."  Rule 4(e)(2) of the Federal Rules of Civil Procedure provides that service upon an individual may be effected in any judicial district of the United States "by delivering a copy of the summons and of the complaint to the individual personally."

    4.    The Return of Service and the accompanying Affidavit of Michael J. Liston confirm that Adley was personally served with the summons and a copy of the Complaint on October 29, 2007 in a public area of the United States Courthouse in Boston, by a person, plaintiff's counsel, who is not himself a party and who is at least 18 years of age.  Adley's Motion to Dismiss does not contest any of these facts, but simply asserts a conclusory claim of "insufficiency" of service of process.

    5.    "A signed return of service constitutes *prima facie* evidence of valid service 'which can be overcome only by strong and convincing evidence.'"  *O'Brien v. R.J. O'Brien Associates, Inc.*, 998 F.2d 1394, 1398

(7th Cir. 1993) (quoting *Hicklin v. Edwards*, 226 F.2d 410, 414 (8th Cir. 1955). *See also*, *Republic Credit Corp. I v. Rance*, 172 F. Supp. 2d 1178, 1181-82 (S.D. Iowa 2001); *Curly v. Radow*, 2007 WL 2060015, 4-5 (D. Mass. 2007) (Judge O'Toole). Adley's Motion to Dismiss fails to provide any evidence to support his claim that he has not been properly served.

    6.    The fact that service was made by plaintiff's counsel is perhaps uncommon, but it is nonetheless an effective form of service. "Based upon the plain language of Rule 4, service of summons and complaint by an attorney for the plaintiff has been held to be proper service. *See C.F.T.C. v. American Metal Exchange Corp.*, 693 F. Supp. 168, 186 (D. N.J. 1988); *Jugolinija v. Blue Heaven Mills*, 115 F.R.D. 13, 15 (S.D. Ga. 1986)." *Trustees of Local Union No. 727 Pension Fund v. Perfect Parking, Inc.*, 126 F.R.D. 48, 51-52 (N.D. Ill., 1989). *See also, White v. Irene's Cuisine, Inc.*, 2002 WL 31308388, 1(E.D. La, 2002) ("[C]ase law interpreting Rule 4 has uniformly held that plaintiff's counsel is not a 'party' for purposes of the rule, and is therefore permitted to effect service under the rule.").

    7.    As set forth herein, Adley has been properly served. Accordingly, Adley's Motion to Dismiss should be denied.

# CONCLUSION

WHEREFORE, Stern respectfully requests that this Court deny Adley's Motion to Dismiss.

LAWRENCE M. STERN

By his attorney,

s/ Michael J. Liston
_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:  November 29, 2007

**CERTIFICATE OF SERVICE**

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent, by first class mail, postage pre-paid, to Brian M. Adley, P.O. Box 308, Lexington, MA  02420 on this date, November 29, 2007.

s/ Michael J. Liston
_____
Michael J. Liston