# EXHIBIT A

Case 1:04-cv-11332-RCL    Document 8-2    Filed 11/29/2007    Page 1 of 2

# AFFIDAVIT OF MICHAEL J. LISTON

I, Michael J. Liston, under the pains and penalties of perjury state as follows.

1. I am an attorney duly admitted to practice in the United States District Court for the District of Massachusetts. I am not a party in this action but I am the attorney of record for the plaintiff, Lawrence M. Stern. I have been a person "who is at least 18 years of age" for more years than I care to count.

2. I have represented the plaintiff in proceedings other than this one and these other proceedings have involved the defendant Brian M. Adley ("Adley") as a party. I know who Adley is, having taken his deposition and having appeared with him on several occasions in the Bankruptcy Court where he identified himself on the record.

3. On October 29, 2007, I personally served Adley with the summons and a copy of the complaint in this action. I served him in hand on the seventh floor public corridor of the United States District Court for the District of Massachusetts. I served him as he approached the doorway to Judge Saris's court room with his wife. Adley was late for a trial before Judge Saris and was carrying a box of documents in both hands. I placed the summons and complaint on top of the box he was carrying and told him that he was served with process. I then assisted him by opening the door to Judge Saris's court room.

Signed under the pains and penalties of perjury this 29th day of November, 2007.

                                                  s/ Michael J. Liston
                                                  _____
                                                  Michael J. Liston